UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James McIntyre, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Plaintiff, | Case No:    22-cv-1556 NEB/DTS |
| v. | |
| Colltech Inc. and Nystrom & Associates Ltd, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto as to Defendants.

Date: July 20, 2022

Respectfully submitted,

By: s/Thomas J Lyons Jr
Thomas J. Lyons, Jr., Esq.
Attorney I.D. # 249646
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55217
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com

*ATTORNEY FOR PLAINTIFF*